Richard Milo Isaacs and Iola May Isaacs Lane, Plaintiffs-Appellants, v. Superior Coal Company, Defendant-Appellee.

Gen. No. 10,205.

Third District.

February 17, 1959.

Rehearing denied March 30, 1959.

Released for publication March 30, 1959.

Droste and Droste and Dennis McGrady, for plaintiffs-appellants; Rinaker, Hebron & O'Connell, for defendant-appellee. Opinion by JUDGE CARROLL. Not to be published in full.